PER CURIAM.
Affirmed. See Carnival Cruise Lines, Inc. v. Shute, 499 U.S. 585, 111 S.Ct. 1522, 113 L.Ed.2d 622 (1991); Stewart Org., Inc. v. Ricoh Corp., 810 F.2d 1066 (11th Cir.1987); Stephens v. Entre Computer Ctrs., Inc., 696 F.Supp. 636 (N.D.Ga.1988); Kinney System, Inc. v. Continental Ins. Co., 674 So.2d 86 (Fla.1996); Manrique v. Fabbri, 493 So.2d 437 (Fla.1986); Merrill, Lynch, Pierce, Fenner & Smith, Inc. v. Benton, 467 So.2d 311 (Fla. 5th DCA 1985); Alejano v. Hartford Accident & Indem. Co., 378 So.2d 104 (Fla. 3d DCA 1979).